**11 CIV. 5310**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KEITH THOMPSON,

               Plaintiff,

               Against

OFFICER RUIZ, SHIELD #10766, CITY
OF NEW YORK, and JOHN DOE NEW
YORK CITY POLICE OFFICER

               Defendants,
------------------------------------------------------------x

**COMPLAINT**

**JURY DEMAND
ENDORSED
HEREIN**

Plaintiff, Keith Thompson Alleges:

1. This is an action brought under *42 U.S.C. §1983* to recover damages against defendants for violation of plaintiffs right to be free of unreasonable searches and seizures under the *Fourth and Fourteenth Amendments to the United States Constitution*. Also, under Title *18 U.S.C. Section 241*, conspiracy against rights.

2. The jurisdiction of this Court is predicated on *28 U.S.C. §1331* and *1343*.

3. Plaintiff, Keith Thompson, is, and at all times mentioned in this complaint was, a citizen of the United States, and a resident of Queens County, New York.

4. The events giving rise to this to this Action, occurred in New York, New York. Venue is therefore proper under *U.S.C. §1391(b)*.

5. Defendant, Ruiz was, at all times mentioned in this complaint, an agent of the New York City Police Department, employed as a New York City Police Officer.

6. Defendant, Ruiz was, at all times mentioned in this complaint, acting in the course and scope of his employment with the New York City Police Department.

7. Defendant, Ruiz was, at all times mentioned in this complaint, acting under Color of State Law.

8. Defendant, Ruiz is sued in his Official Capacity.

9. At about 6:50am, on May 10, 2011, Defendant Ruiz, and other John Doe Police Officer stopped an approached Plaintiff, while he was working for his company, driving trucks, making deliveries. Plaintiff stopped vehicle in front of 2035 1st Ave. and 105th St. New York, N.Y. Defendant Ruiz ordered Plaintiff, who was working to move the company truck, in front of a fire hydrant.



RECEIVED
JUL 20 2011
PRO SE OFFICE

10. Officer Ruiz, also threatened Plaintiff, if he didn't move truck, in front of hydrant, he was going to issue a ticket. Then both Officers ordered Plaintiff against company truck, began searching Plaintiffs pockets, and found nothing for reasonable cause. Officer Ruiz conducted the search. After finding nothing incriminating and releasing Plaintiff, Officer Ruiz and John Doe Officer, walked back to there vehicle and Officer Ruiz shouted to Plaintiff, "NEXT TIME MOVE THE TRUCK NIGGA!"

11. Officer Ruiz and John Doe Officer, participating in the above described, search without warrant or just cause, did so pursuant to a policy and practice of the New York City Police Department, existing at the time and place to conduct searches consisting of the random search and seizure of pedestrians without warrant or just cause in the hope of apprehending individuals.

12. The above described stopped, and an illegal search and seizure was executed under the control and direction of the New York City Police Department supervisory and policy making employees.

13. The New York City Police Department condoned and tolerated warrantless searches and seizures by it's Officers, such as that described herein and had a policy and practice of tolerating such conduct and not disciplining Officers for engaging in such illegal conduct.

14. The New York City Police Department failed to properly train and supervise it's employee Police Officers in the applicable law and practice and procedure of searches and seizures.

15. In acting as alleged in this complaint, Defendant Ruiz and the City of New York violated Plaintiff's right to be free of unreasonable searches and seizures under the *Fourth and Fifteenth Amendments to the United States Constitution.*

16. As a direct and proximate result of Defendants actions, described in this complaint, Plaintiff suffered a Loss of Liberty, Invasion of Privacy, Emotional Distress and Pain and Suffering.

17. In acting as is alleged in this complaint, Defendants acted knowingly, willfully, maliciously, reckless and callous disregard for Plaintiff's Federally Protected Rights.

WHEREFORE, Plaintiff prays for judgement against Defendants as follows:

1. For compensatory damages, in an amount to be determined according to proof at trial;

2. For punitive damages, in an amount to be determined according to proof at trial;

3. For such other and further relief as the Court deems proper.

## JURY DEMAND

Trial by jury is hereby demanded.

Dated: New York, New York
      7-16-11

*[signature]*
Keith Thompson, Pro Se
50-14 Broadway, Apt. 4D
Woodside, N.Y. 11377
Phone: 718 607-6230

*[signature]*
Miuset Castillo
Commissioner of Deeds
City of New York - No. 2-13319
Certificate Filed in New York County
Term Expires: July 01, 20 13

7-16-11