**Keith Thompson**
(PRO-SE)
50-14 Broadway Apt. #4D
Woodside, N.Y. 11377

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/13/12

December 21, 2011

Honorable Paul A. Crotty (PAC)
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

Re: Keith Thompson vs. Officer Ruiz, et al.
11-CV-5310 (PAC) (THK)

Your Honor,

I am the plaintiff in this particular litigation case, handling it (pro-se), I'm asking your Honor for permission to amend my initial complaint. Reason being, I have received the other officers name, whom was also involved in this case. His name is Officer Raphael Muentes. It would be greatly appreciated, if you grant this. I will also forward this letter to the City's Cooperate Senior Council, Mr. Abt as well.

This case concern's defendants Officers Ruiz and Muentes, for stopping me and frisking me, also calling me a "Nigga", while I was working, driving my company's truck, with any cause at all.

Respectfully Submitted;
Mr. Keith Thompson
50-14 Broadway Apt. #4D
Woodside, N.Y. 11377
Tel. (718) 607-6230
(PRO-SE)

cc: Senior Council
City of New York
Mr. Abt
100 Church Street
New York, N.Y. 10007

*[Handwritten endorsement:]* Plaintiff may amend the Complaint to identify Officer Muentes as a Defendant. He shall promptly file the Amended Complaint with proof that it has been served on the Assistant Corporation Council assigned to this case.

**SO ORDERED**
1/13/12
THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

*[Signature: Keith Thompson]*