

THE CITY OF NEW YORK

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

Morgan Kunz
Senior Counsel
Phone: (212) 788-0422
Fax: (212) 788-9776
mkunz@law.nyc.gov

January 26, 2012

**BY HAND**
Honorable Theodore H. Katz
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:   Keith Thompson v. Officer Ruiz, et al.
11-cv-5310 (PAC)(THK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/27/12

Your Honor:

I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department and represent defendants City of New York ("City") and Officer Ruiz in the above-referenced matter.[1]  In light of Plaintiff's *pro se* status, this office wishes to inform the Court of Defendants' consent to Plaintiff's request to adjourn the initial conference currently scheduled for January 27, 2012 and that Defendants and Plaintiff have conferred and are both available on March 12, 2012 for a rescheduled initial conference.

After Defendants City and Ruiz filed their answer on December 30, 2011, Your Honor scheduled an initial conference for January 27, 2012.  On January 13, 2012, Plaintiff requested and received Defendants' consent for an adjournment of said conference.  On January 24, 2012, this office contacted Your Honor's chambers as it did not appear from the docket that

---

[1] This case has been assigned to Assistant Corporation Counsel Uriel Abt, who is not yet admitted and is handling this matter under supervision.  Mr. Abt may be reached directly at (212) 788-1298.

COPIES MAILED
TO COUNSEL OF RECORD ON   1/27/12

the Court had received Plaintiff's request for an adjournment.  Later that day this office was informed by both Plaintiff and Your Honor's chambers that the Court was available for a rescheduled conference the week of March 12, 2012.  This office then conferred with Plaintiff and agreed to be available March 12, 2012 for a rescheduled initial conference.

As Plaintiff may also be submitting a letter reflecting the information contained herein, this letter is merely submitted in order to avoid further confusion and because Plaintiff is proceeding *pro se*.

Defendants thanks the court for its time.

Respectfully submitted,

Morgan Kunz
Senior Counsel
Special Federal Litigation Division

cc:     Keith Thompson (By Mail)
        *Plaintiff Pro Se*
        50-14 Broadway, Apt. 4D
        Woodside, NY 11377

*The conference will take place on March 12, 2012 at 10:00 AM.*

1/27/12

**SO ORDERED**

THEODORE H. KATZ
UNITED STATES MAGISTRATE JUDGE

# MEMO ENDORSED

2